1  **THE GILLAM LAW FIRM**
   *A Professional Law Corporation*
2  Carol L. Gillam (SBN 102354)
   Sara Heum (SBN 288136)
3  10880 Wilshire Boulevard, Suite 1101
   Los Angeles, California 90024
4  Telephone: (310) 203-9977
   Facsimile: (310) 203-9922
5  carol@gillamlaw.com
   sara@gillamlaw.com
6
   Attorneys for Plaintiff
7

8  PHILLIP A. TALBERT
   United States Attorney
9  JOSEPH B. FRUEH
   Assistant United States Attorney
10 501 I Street, Suite 10-100
   Sacramento, CA  95814
11 E-mail:      joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
12 Facsimile:  (916) 554-2900

13 Attorneys for Defendant

14

15                       IN THE UNITED STATES DISTRICT COURT

16                         EASTERN DISTRICT OF CALIFORNIA

17

18 | MICHAEL R. DAVIS,              | No. 2:24-cv-00989-DJC-CSK |
19 |             Plaintiff,         | **STIPULATION AND ORDER FOR CONTINUING DEADLINE TO FILE JOINT SCHEDULING REPORT UNTIL AFTER RESOLUTION OF DEFENDANT'S MOTION TO DISMISS** |
20 |     v.                         | |
21 | CHRISTINE E. WORMUTH,          | |
22 |             Defendant.         | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the deadline for filing the Joint Scheduling Report shall be continued until after resolution of Defendant's anticipated motion to dismiss, which is currently due for filing on the same date as the Joint Scheduling Report.  *See* ECF 3 ¶ 4; *see also* Fed. R. Civ. P. 12(a)(2).  Per the Court's Standing Order in Civil Cases, the parties have conferred regarding Defendant's anticipated motion and respectfully submit that, to further the orderly and efficient administration of this case, *see* Fed. R. Civ. P. 1, Defendant's motion should be resolved before the parties propose a schedule for this case.

Dated: June 20, 2024                                   Respectfully submitted,

                                                                          THE GILLAM LAW FIRM

                                                    By:      /s/  Carol Gillam           (authorized 6/20/2024)
                                                                          CAROL GILLAM

                                                                          Attorneys for Plaintiff


                                                                          PHILLIP A. TALBERT
                                                                          United States Attorney

                                                    By:      /s/  Joseph B. Frueh
                                                                          JOSEPH B. FRUEH
                                                                          Assistant United States Attorney

                                                                          Attorneys for Defendant


The parties shall file a joint status report pursuant to this Court's Initial Case Management Order within twenty-eight (28) days after the Court's ruling on Defendant's anticipated Motion to Dismiss.

**IT IS SO ORDERED**

Dated: June 24, 2024                                   /s/ Daniel J. Calabretta
                                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                                          UNITED STATES DISTRICT JUDGE