UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. DAVIS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTINE E. WORMUTH, SECRETARY OF THE ARMY, and DOES 1 through 20 inclusive,<br><br>    Defendants. | Case No. 2:24-cv-00989-DJC-CSK<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>Hon. Daniel J. Calabretta<br><br>Action Filed: April 1, 2024 |

Presently before the Court is a Joint Motion filed by Michael R. Davis ("Plaintiff") and Christine E. Wormuth ("Defendant") (collectively, the "Parties"), for entry of an order continuing the hearing on Defendant's Motion to September 19, 2024, continuing Plaintiff's deadline to file his Opposition to Defendant's Motion to Dismiss to August 6, 2024, and continuing Defendant's deadline to file her Reply to August 30, 2024.

The Court, having reviewed and considered the Parties' Joint Motion, **GRANTS** the Joint Motion and **HEREBY ORDERS** the following:

1. Plaintiff's Opposition to Defendant's Motion to Dismiss is due on August 6, 2024;
2. Defendant's Reply in Support of its Motion is due on August 30, 2024; and
3. The hearing on Defendant's Motion is continued to September 19, 2024 at 1:30 PM.

**IT IS SO ORDERED.**

Dated: July 2, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE