UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. DAVIS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTINE E. WORMUTH, SECRETARY OF THE ARMY, and DOES 1 through 20 inclusive,<br><br>    Defendants. | Case No. 2:24-cv-00989-DJC-CSK<br><br>**ORDER GRANTING JOINT MOTION RE: DEFENDANT'S MOTION TO DISMISS**<br><br>Hon. Daniel J. Calabretta<br><br>Action Filed: April 1, 2024 |

Presently before the Court is a Joint Motion filed by Michael R. Davis ("Plaintiff") and Christine E. Wormuth ("Defendant") (collectively, the "Parties") regarding Defendant's Motion to Dismiss (ECF 5) currently scheduled for a hearing on September 19, 2024.

The Court, having reviewed and considered the Parties' Joint Motion, **GRANTS** the Joint Motion and **HEREBY ORDERS** the following:

(1) the hearing on Defendant's Motion to Dismiss currently scheduled for September 19, 2024, is vacated;

(2) Plaintiff shall file his First Amended Complaint by September 6, 2024;

(3) Defendant shall respond to the First Amended Complaint by October 18, 2024; and

(4) the Parties shall file a Joint Scheduling Report within 28 days after Defendant's Answer to the First Amended Complaint, or within 28 days after the Court's ruling on any motion directed at the First Amended Complaint, as applicable.

**IT IS SO ORDERED.**

Dated:  August 1, 2024              /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE