UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. DAVIS, an individual, | Case No. 2:24-cv-00989-DJC-CSK |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| CHRISTINE E. WORMUTH, SECRETARY OF THE ARMY, and DOES 1 through 20 inclusive, | Hon. Daniel J. Calabretta |
| | Action Filed: April 1, 2024<br>FAC: September 6, 2024 |
| Defendants. | |

Presently before the Court is a Joint Motion filed by Michael R. Davis ("Plaintiff") and Christine E. Wormuth ("Defendant") (collectively, the "Parties"), for entry of an order modifying the briefing schedule for Defendant's Motion to Dismiss.

The Court, having reviewed and considered the Parties' Joint Motion, **GRANTS** the Joint Motion and **HEREBY ORDERS** the following:

1. Plaintiff's Opposition to Defendant's Motion to Dismiss is due on November 20, 2024;
2. Defendant's Reply in Support of its Motion is due on December 20, 2024; and
3. The hearing on Defendant's Motion remains January 9, 2025.

**IT IS SO ORDERED.**

Dated:  October 29, 2024                /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE