UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. DAVIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SECRETARY OF THE ARMY[1], and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. 2:24-cv-00989-DJC-CSK<br><br>**ORDER RE DISMISSAL**<br><br>Hon. Daniel J. Calabretta<br><br>Action Filed: April 1, 2024 |

---

[1] Pursuant to Rules 25(d) and 17(d) of the Federal Rules of Civil Procedure, the Secretary of the Army is automatically substituted in place of the name of the former Secretary Christine E. Wormuth.

Pursuant to the stipulation filed by Plaintiff Michael R. Davis and Defendant Secretary of the Army under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:  March 31, 2026                              /s/ Daniel J. Calabretta
                                                                  THE HONORABLE DANIEL J. CALABRETTA
                                                                  UNITED STATES DISTRICT JUDGE